IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAVON ROBINSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:25CV619**

**WARDEN NEWCOMER**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 2, 2025, the Court directed the plaintiff to pay an initial partial filing fee of $24.65 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). The plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, the plaintiff is not entitled to proceed *in forma pauperis*. The plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 6 November 2025
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge